IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSICA DEARDORFF, et al.**,<br><br>Plaintiffs,<br><br>v.<br><br>**CELLULAR SALES OF KNOXVILLE, INC.,** **et al.**,<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 19-2642-KSM** |

**ORDER**

**AND NOW**, this 25th day of August, 2020, upon consideration of Defendants Cellular Sales of Knoxville, Inc. (CSOKI) and Cellular Sales of North Carolina, LLC's (CSNC) Motion to Dismiss for Lack of Personal Jurisdiction, Motion to Compel Individual Arbitration of and Dismiss or Transfer Plaintiffs' and the Opt-In Plaintiffs' Claims or, Alternatively, Motion to Dismiss the Class and Collective Action Allegations (Doc. No. 65), Plaintiffs' opposition brief, in which they request jurisdictional discovery to the extent the Court finds they have not met their burden (Doc. No. 77), Defendants' reply brief (Doc. No. 81), Plaintiffs' sur-reply brief (Doc. No. 88), the parties' oral arguments on the motions, and for the reasons set forth in the Memorandum, it is hereby **ORDERED** that CSNC is **DISMISSED** as a defendant.  **IT IS FURTHER ORDERED** that the Court will **GRANT** Plaintiffs' request for jurisdictional discovery and will **DEFER** ruling on Defendant CSOKI's Motion to Dismiss for Lack of Personal Jurisdiction until after jurisdictional discovery is completed.[1]

---

[1] Once the Court rules on Defendant CSOKI's Motion to Dismiss for Lack of Personal Jurisdiction, the Court will turn to the remaining Motion to Compel Individual Arbitration of and Dismiss or Transfer Plaintiffs' and the Opt-In Plaintiffs' Claims or, Alternatively, Motion to Dismiss the Class and Collective Action Allegations filed on behalf of Defendants CSOKI and Cellular Sales of Pennsylvania, LLC.  (Doc.

Plaintiffs may serve requests for production of documents and interrogatories directed at the subjects outlined in the Memorandum² within fourteen (14) days of entry of our order. Defendant CSOKI shall respond to such requests within 28 days of service. In addition to written discovery, Plaintiffs may take the deposition of Pamela White, and may conduct one Federal Rule of Civil Procedure 30(b)(6) deposition of CSOKI, all of which must be directly related to personal jurisdiction. Plaintiffs shall file a supplemental brief no later than October 26, 2020. Any reply is due by November 9, 2020. If Plaintiffs fail to file a supplemental brief, this Court will grant CSOKI's motion to dismiss for lack of personal jurisdiction.

**IT IS SO ORDERED**.

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.

---

Nos. 12, 43 & 65.)

² To the extent that Plaintiffs wish to submit more narrow requests than those rejected by this Court in the Memorandum, they must meet and confer with Defendants within seven (7) days of this Order. To the extent the parties disagree over any additional, narrow requests, they shall submit a status update with the Court and the Court will hold a telephonic status conference.