# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSICA DEARDORFF, et al.**,<br><br>Plaintiffs,<br><br>*v.*<br><br>**CELLULAR SALES OF KNOXVILLE, INC., et al.**,<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 19-2642-KSM** |

## ORDER

**AND NOW**, this 1st day of February, 2022, following jurisdictional discovery and upon consideration of Defendant Cellular Sales of Knoxville, Inc.'s ("CSOKI") Motion to Dismiss for Lack of Personal Jurisdiction (Doc. No. 65), the parties' supplemental briefing (Doc. Nos. 142, 147), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that CSOKI's motion to dismiss for lack of personal jurisdiction (Doc. No. 65) is **GRANTED** and CSOKI is **DISMISSED** as a defendant.  **IT IS FURTHER ORDERED** that upon consideration of Plaintiffs' Motion for Leave to File a Second Amended Complaint (Doc. No. 146), Defendant Cellular Sales of Pennsylvania's ("CSPA") response (Doc. No. 148), and Plaintiffs' reply (Doc. No. 149), and for the reasons set forth in the accompanying Memorandum, Plaintiffs' motion (Doc. No. 146) is **DENIED**.

**IT IS SO ORDERED**.

                                                                     **/s/KAREN SPENCER MARSTON**
                                                                     _____
                                                                     KAREN SPENCER MARSTON, J.