IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSICA DEARDORFF, et al.**, | CIVIL ACTION |
| Plaintiffs, | |
| *v.* | NO. 19-2642-KSM |
| **CELLULAR SALES OF KNOXVILLE, INC., et al.**, | |
| Defendants. | |

## ORDER

**AND NOW**, this 9th day of February, 2022, upon consideration of Defendant Cellular Sales of Pennsylvania, LLC's ("CSPA's") Motion to Compel Arbitration (Doc. Nos. 12, 43), Plaintiffs' response (Doc. No. 52), CSPA's reply (Doc. No. 56), Plaintiffs' sur-reply (Doc. No. 61), and oral argument,[1] and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. It is **ORDERED** that the Motion to Compel Arbitration (Doc. No. 43) is **GRANTED** as to Plaintiff Jessica Deardorff.

2. It is **ORDERED** that this action is **STAYED** and the Clerk of Court shall place this matter in the **Civil Suspense** File.

**IT IS SO ORDERED**.

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.

---

[1] The Court held oral argument on CSPA's motion to compel arbitration, along with CSOKI's motion to dismiss for lack of personal jurisdiction, on August 4, 2020. (*See* Doc. No. 126.)