# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSICA DEARDORFF, et al.**, <br><br> Plaintiffs, <br><br> *v.* <br><br> **CELLULAR SALES OF KNOXVILLE, INC., et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 19-2642-KSM** |

## ORDER

**AND NOW**, this 1st day of June, 2023, upon consideration of Defendants' Motion for Fees and Sanctions Against Plaintiffs' Counsel pursuant to 28 U.S.C. § 1927, Local Rule 83.6.1, and the Court's inherent authority (Doc. No. 168), Plaintiffs' response (Doc. No. 174), Defendants' reply (Doc. No. 177), and Defendants' Notice of Supplemental Authority (Doc. No. 190), following oral argument on the motion, and for the reasons listed in the accompanying Memorandum, it is **ORDERED** that Defendants' sanctions motion is **DENIED**. It is further **ORDERED** that Plaintiffs' motion for leave to file a response to Defendants' supplemental notice (Doc. No. 194) is **DENIED as moot**. The Clerk of Court is directed to **CLOSE** this case.

**IT IS SO ORDERED**.

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.